AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 16 2020

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT BENJAMIN NELSON | ) Case No. | 20 mj 1563 |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Benjamin Nelson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1114 - Attempted Murder of a United States Employee or Officer
Count 2: 18 U.S.C. § 924(c)(1)(A)(iii) - Discharge of a Firearm During a Crime of Violence

Date: September 12, 2020

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Karen B. Molzen, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/12/2020, and the person was arrested on *(date)* 9/12/2020
at *(city and state)* MILAN, NM

Date: 9/12/2020

*Arresting officer's signature*

SANDEE LOBERG, NMSP
PATROLMAN #6417
*Printed name and title*

NCIC:
W511839244

CN: 89B-AQ-NEW / SA: BRYAN ACEE