# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 20mj1563 KBM | UNITED STATES vs. Nelson | |
| Hearing Date: | 9/17/2020 | Time In and Out: | 11:26 a.m./11:34 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | ABQ Zoom |
| Defendant: | Robert Benjamin Nelson | Defendant's Counsel: | Jim Loonam for this hearing only |
| AUSA: | Paul Mysliwiec/Jack Burkhead | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing — on Monday, September 21, 2020 @ 9:30 a.m.

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause
- ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐