# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 20mj1563 KBM | UNITED STATES vs. Nelson | |
| Hearing Date: | 9/21/2020 | Time In and Out: | 11:21 a.m./11:51 a.m. 11:55 a.m./12:10 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | ABQ Zoom |
| Defendant: | Robert Benjamin Nelson | Defendant's Counsel: | Devon Fooks |
| AUSA: | Paul Mysliwiec/Jack Burkhead | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | Witness: | Special Agent Bryan Acee, FBI |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause      ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☒ Defense counsel argues for defendant's release to La Pasada Halfway House; AUSA Mysliwiec objects to defendant's release.

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ The Government calls Special Agent B. Acee, sworn, direct; defense cross; no redirect; witness is excused. AUSA Mysliwiec provides elements of the case; defense counsel responds; court finds probable cause.